

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2018

No. 04-18-00199-CV

**IN THE INTEREST OF N.C.F., ET AL CHILDREN**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-11406
Honorable Richard E. Price, Judge Presiding

# O R D E R

On June 4, 2018, appellant filed a response to our order dated May 23, 2018, showing payment has been made for the reporter's record. The reporter's record is due on or before **July 2, 2018.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court